THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. ANTONIO LOPEZ, Appellant.

(Argued March 8, 1933; decided April 11, 1933.)

668

*William Power Maloney, Thomas Jefferson Ryan, Samuel J. Duboff* and *Irving A. Oremland* for appellant.

*Thomas C. T. Crain, District Attorney (Robert C. Taylor* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Not sitting: HUBBS, J.